**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., *ET AL.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>PARTRON CO., LTD.,<br><br>*Defendant.* | ) | C.A. No. 2:26-cv-00724-JRG |

**[PROPOSED] ORDER**

Before the Court is the Joint Motion for Extension of Time to Serve Infringement Contentions, Invalidity Contentions, and Subject Matter Eligibility Contentions (the "Motion") filed by Plaintiffs Seoul Semiconductor Co., Ltd., et al. and Defendant Partron Co., Ltd. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadlines set forth in the Court's Order Setting Scheduling Conference (Dkt. No. 9) are extended as follows:

1. Plaintiffs shall comply with P.R. 3-1 and 3-2 (Infringement Contentions) on or before December 7, 2026.

2. Defendant shall comply with P.R. 3-3 and 3-4 (Invalidity Contentions), including the corresponding technical documents, on or before February 1, 2027.

3. Defendant shall comply with the Standing Order Regarding Subject-Matter Eligibility Contentions on or before February 1, 2027.

All other deadlines and settings, including the Scheduling Conference set for November 23, 2026, remain unchanged.

________________________________